211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: 14−53454−pjs
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Max R Pellicano
  38528 Primrose
  Harrison Twp., Mi 48045

Social Security No.:
  xxx−xx−7546

Employer's Tax I.D. No.:

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Matrix − missing and not uploaded

is defective as indicated:

☑ Acceptable Matrix
☑ Acceptable Matrix Not Uploaded
☐ Amendment Cover Sheet
☐ Amended Document
☐ Application for Waiver of Filing Fee
☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
☐ Bankruptcy Petition Cover Sheet
☐ Bankruptcy Matter Civil Case Cover Sheet Missing
☐ Brief
☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
☐ Debtors Statement of Corporate Ownership
☐ Electronic Signature does not match login
☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
☐ List of 20 Largest Unsecured Creditors
☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
☐ Notice of Objection to Claim
☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
☐ Notice to Respondent
☐ Original Signature
☐ Proof of Service Missing or Non−Compliant
☐ Proposed Order
☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/21/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                          Case No. 14-53454-pjs
Max R Pellicano                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2       User: ncott          Page 1 of 1          Date Rcvd: Aug 21, 2014
                          Form ID: def2         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2014.
db             +Max R Pellicano,    38528 Primrose,    Harrison Twp., Mi 48045-6863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2014 at the address(es) listed below:
          Krispen S. Carroll    notice@det13ksc.com,   ecfinfo@det13ksc.com
          Scott F. Smith    on behalf of Debtor Max R Pellicano ssmith3352@aol.com
                                                                            TOTAL: 2